

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AVON PRODUCTS, INC. SHAREHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates to: <br> ALL ACTIONS | Master Case No. 10-CV-5560-KBF <br><br> (Consolidated with case Nos. 10-cv-05933-KBF and 10-cv-6256-KBF) |

### [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

The Court, having considered Plaintiffs' Motion to Voluntarily Dismiss this shareholder derivative action and all submissions in connection therewith, and for good cause shown,

IT IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and 23.1.

2. This voluntary dismissal without prejudice shall not operate as adjudication on the merits as to any of the parties.

3. No party shall seek reimbursement from any other party of any fees, costs, or expenses in connection with the filing, prosecution, defense, or dismissal of this action.

4. No notice of dismissal of this Action shall be disseminated in connection with this Order or the dismissal of this action.

Dated: Feb. 14, 2012

_____
Katherine B. Forrest, U.S.D.J.